IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GUARANTEE INSURANCE COMPANY,<br>a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 14-CV-1098 |
| SPENCER CARLYLE,<br>VERNON COFFEY,<br>DONNIE JENNINGS,<br>DEBORAH JENNINGS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**COMES NOW** the Court on Motion to Intervene of Carlyle Van Lines, Inc. and having been fully advised, finds that Intervenor has an interest relating to the transaction which is the subject of this action and disposition of this action may as a practical matter impair or impede Intervenor's ability to protect that interest. Accordingly, the Court grants intervention as a matter of right. Alternatively, the Court finds that Intervenor's proposed claims and defenses and this action have common questions of law and fact, forming a basis for permissive intervention. On the basis of the foregoing findings, and good cause appearing, it is

**ORDERED** that the Motion to Intervene of Carlye Van Lines, Inc. is granted and that Carlyle Van Lines, Inc. is granted leave to intervene as a party defendant. It is further

**ORDERED** that the Intervenor/Defendant shall have up to and including April 16, 2015 to electronically file its answer.

Honorable John T. Maughmer
United States Magistrate Judge